UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY LEWIS MCCRORY,

        Petitioner,        Case Number: 2:12-CV-10056

v.        HON. DENISE PAGE HOOD

JAMES P. ADAIR,

        Respondent.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated February 29, 2012, this cause of action is DISMISSED.

Dated at Detroit, Michigan this 29th day of February, 2012.

        DAVID J. WEAVER
        CLERK OF THE COURT

BY:    s/LaShawn R. Saulsberry
        Deputy Clerk

APPROVED:

S/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon Anthony McCrory, 115122, St. Clair County Intervention Center, 1170 Michigan, Port Huron, MI 48060 on February 29, 2012, by electronic and/or ordinary mail.

        S/LaShawn R. Saulsberry
        Case Manager